UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20881-CIV-HUCK/O'SULLIVAN

NOEL TORRES, and all others similarly situated,

    Plaintiff,

v.

S&J PLASTERING, INC., V.S.G. STUCCO &
LATH CORP., Florida Corporations,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Case with Prejudice, filed August 27, 2008 [D.E. #13], which indicates that the parties have reached a settlement agreement. Having been so notified, having reviewed and approved the Confidential Settlement Agreement, and being otherwise duly advised in the premises, it is hereby

ORDERED that the Motion is GRANTED, and this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

DONE and ORDERED in Chambers at Miami, Florida this 27th day of August, 2008.

                                              Paul C. Huck
                                              United States District Judge

Copies furnished to:
Counsel of Record